IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, :<br>:<br>v. :<br>: Case No.: 7:23-CR-3 (WLS-TQL-1)<br>:<br>ROGER BERNARD PALMORE, Jr., :<br>:<br>:<br>Defendant. :<br>: | |

### ORDER

Before the Court is an Unopposed Motion to Continue in the Interest of Justice (Doc. 33) submitted by the Defendant on March 20, 2023. Therein, Defendant requests the Court to continue both the April 6, 2023 Motions Hearing and the case to the next available Valdosta trial term. (*Id.*) Defense Counsel states that he needs additional time to investigate, research, and discuss the Government's case in chief with Defendant. (*Id.*) Defense Counsel also notes that the instant Motion is unopposed by the Government and that there will be no prejudice to the Government if the Motion is granted. (*Id.*)

Based on Defense Counsel's stated reasons and the lack of opposition from the Government, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Unopposed Motion to Continue in the Interest of Justice (Doc. 33) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division August 2023 trial term beginning on August 7, 2023, and its conclusion, or as may otherwise be ordered by the Court. Additionally,

the Motions Hearing set for April 6, 2023, is also **CANCELED**. A new time and date for the Motions Hearing will be set by a separate Order from the Court.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this __23rd__ day of March 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**