IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:23-CR-3 (WLS-TQL-1) |
| | : |
| ROGER BERNARD PALMORE, Jr., | : |
| | : |
| | : |
| Defendant. | : |
| | : |

### ORDER

The Court held a hearing on Defendant Palmore's Motion to Suppress (Doc. 21) on Wednesday, May 24, 2023.[1] The Court heard from Defense Counsel, the Government, and two witnesses—Defendant's prior probation officer in 2017–2018, and the FBI agent who was involved with the search of the 123 Washington Street residence in Sparks, Georgia in May of 2018.

At the hearing, the Parties stipulated that additional evidence from the hearing be incorporated with the records already established in the first installment of this matter, *United States v. Palmore*, 7:21-cr-52. Thus, the record from the suppression hearing in that case is included as part of the record of the suppression hearing held in this case. At the conclusion of the Parties' representations, pursuant to Defense Counsel's request and no objection from the Government, the Court permitted the record to be left open in this matter for fourteen (14) days or until Wednesday, June 7, 2023, pending indication from the Defense Counsel at

---

[1] To be clear, both Parties stated to the Court at the hearing that they will rest on their briefs as to Defendant's Motion to Dismiss Indictment pursuant to the Second Amendment (Doc. 20) and Motion to Dismiss Indictment i/a/w Speedy Trial (Doc. 22). Thus, the hearing on April 24, 2023, was only on Defendant's Motion to Suppress (Doc. 21).

1

that time as to whether further hearing or presentation may be necessary or notice to the Court that there is no need for additional hearing such that the record can be closed.

In addition, the Court also instructed both Parties to file their post-hearing briefs following the availability of the hearing transcript. Once the transcript becomes available on the record, the Defendant shall have **twenty-one (21) days** from the transcript's publication to file his post-hearing brief in support of his Motion to Suppress. Following the filing of the Defendant's brief, the Government shall have **fourteen (14) days** to file its response. Thereafter, Defendant shall have **seven (7) days** to file a reply.

**SO ORDERED**, this   25th   day of May 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**